# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138509

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LARRY THOMAS SANDERS,
      Defendant-Appellant.

SC: 138509
COA: 289647
Wayne CC: 07-020145-FC

_____/

      On order of the Court, the application for leave to appeal the February 2, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

0831

_____
Clerk